# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT D PECORA | § | Case No. 13-29153 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 46,600.00 |
| Total Distributions to Claimants: 21,233.77 | Claims Discharged Without Payment: 191,432.46 |
| Total Expenses of Administration: 4,766.23 | |

3) Total gross receipts of $ 26,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 26,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 11,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,766.23 | 4,766.23 | 4,766.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,000.00 | 35,022.74 | 35,022.74 | 21,233.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,774.00 | 29,869.49 | 29,869.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 147,774.00 | $ 69,658.46 | $ 69,658.46 | $ 26,000.00 |

4) This case was originally filed under chapter 7 on 07/22/2013 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2016         By:/s/GREGG SZILAGYI
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - 4604 W 137TH STREET, UNIT C - CRESTWOOD IL 604 | 1110-000 | 15,000.00 |
| 2004 LEXUS EX 330 125K MILEAGE | 1129-000 | 3,500.00 |
| ERIE BRUSH COMPANY DEBTOR HAS 8% INTEREST IN BUSINESS | 1129-000 | 2,500.00 |
| SIMPLY SOLUTIONS INC. 100% OWNERSHIP BY DEBTOR | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Citizens Bank 328 S Saginaw St Flint, MI 48502 | | 11,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 11,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 3,350.00 | 3,350.00 | 3,350.00 |
| Associated Bank | 2600-000 | NA | 447.23 | 447.23 | 447.23 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 969.00 | 969.00 | 969.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,766.23 | $ 4,766.23 | $ 4,766.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Internal Revenue Service (IRS) PO Box 7346 Philadelphia, PA 19101-7346 | | 30,000.00 | NA | NA | 0.00 |
| 2 | Department Of The Treasury | 5800-000 | NA | 29,901.12 | 29,901.12 | 18,128.61 |
| 6 | Illinois Department Of Revenue | 5800-000 | NA | 5,121.62 | 5,121.62 | 3,105.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 30,000.00 | $ 35,022.74 | $ 35,022.74 | $ 21,233.77 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 10 Citi Po Box 6241 Sioux Falls, SD 57117 | | 4,924.00 | NA | NA | 0.00 |
| | Creditor #: 11 Citi Cards Po Box 6497 Sioux Falls, SD 57117 | | 21,731.00 | NA | NA | 0.00 |
| | Creditor #: 12 Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 8,935.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 13 Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 2,892.00 | NA | NA | 0.00 |
| | Creditor #: 14 First American Bank 700 Busse Rd Elk Grove Vlg, IL 60007 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 15 Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 690.00 | NA | NA | 0.00 |
| | Creditor #: 16 Ladden & Allen Chartered 150 N Michigan Ave., Ste. 3600 Chicago, IL 60601 | | 8,900.00 | NA | NA | 0.00 |
| | Creditor #: 17 Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 770.00 | NA | NA | 0.00 |
| | Creditor #: 18 Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 8,875.00 | NA | NA | 0.00 |
| | Creditor #: 2 Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 3 Cap1/Bstby 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 635.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 4 Chase Po Box 15298 Wilmington, DE 19850 | | 18,259.00 | NA | NA | 0.00 |
| | Creditor #: 5 Chase Po Box 15298 Wilmington, DE 19850 | | 13,226.00 | NA | NA | 0.00 |
| | Creditor #: 6 Chase Po Box 15298 Wilmington, DE 19850 | | 4,234.00 | NA | NA | 0.00 |
| | Creditor #: 7 Chase Po Box 15298 Wilmington, DE 19850 | | 2,223.00 | NA | NA | 0.00 |
| | Creditor #: 8 Chase Po Box 15298 Wilmington, DE 19850 | | 1,703.00 | NA | NA | 0.00 |
| | Creditor #: 9 Citi Po Box 6241 Sioux Falls, SD 57117 | | 8,777.00 | NA | NA | 0.00 |
| | Louis A Weinstock, Atty 223 W. Jackson Blvd., Ste. 512 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| 2 | Department of the Treasury | 7100-000 | NA | 1,846.15 | 1,846.15 | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 2,892.91 | 2,892.91 | 0.00 |
| 4 | Fsb American Express Bank | 7100-000 | NA | 705.08 | 705.08 | 0.00 |
| 6 | Illinois Department Of Revenue | 7100-000 | NA | 755.30 | 755.30 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 8,750.44 | 8,750.44 | 0.00 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 14,919.61 | 14,919.61 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 106,774.00 | $ 29,869.49 | $ 29,869.49 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-29153 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
| Case Name: | ROBERT D PECORA | | | | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/09/2013 |
| For Period Ending: | 09/21/2016 | | | | Claims Bar Date: | 12/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - 4604 W 137TH STREET, UNIT C - CRESTWOOD IL 604 | 37,500.00 | 26,500.00 | | 15,000.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account/Savings acoount Harris Bank - garnishment o | 0.00 | 0.00 | | 0.00 | FA |
| 4. MISC HOUSEHOLD GOODS AND FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL CLOTHING OF DEBTOR | 500.00 | 0.00 | | 0.00 | FA |
| 6. IRA/401K | 45,000.00 | 0.00 | | 0.00 | FA |
| 7. SIMPLY SOLUTIONS INC. 100% OWNERSHIP BY DEBTOR | 75,000.00 | 0.00 | | 5,000.00 | FA |
| 8. ERIE BRUSH COMPANY DEBTOR HAS 8% INTEREST IN BUSINESS | Unknown | 0.00 | | 2,500.00 | FA |
| 9. 2004 LEXUS EX 330 125K MILEAGE | 9,000.00 | 9,000.00 | | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $168,100.00          $35,500.00          $26,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NEGOTIATING WITH DEBTOR RE PURCHASE OF ENTITIES AND VEHICLE

TFR FILED AND HEARING SET

Initial Projected Date of Final Report (TFR): 11/01/2015          Current Projected Date of Final Report (TFR): 11/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-29153 | Trustee Name: | GREGG SZILAGYI | |
| Case Name: | ROBERT D PECORA | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2872 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5078 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/21/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/15 | 1 | ROBERT D PECORA | PURCHASE OF REAL ESTATE | 1110-000 | $15,000.00 | | $15,000.00 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.51 | $14,988.49 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.56 | $14,966.93 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.25 | $14,944.68 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.50 | $14,923.18 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.19 | $14,900.99 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.15 | $14,878.84 |
| 09/24/15 | 9 | ROBERT PECORA | PROCEEDS FROM SALE OF AUTO | 1129-000 | $3,500.00 | | $18,378.84 |
| 09/24/15 | | ROBERT PECORA | Sale of CORP ENTITES | | $7,500.00 | | $25,878.84 |
| | | | Gross Receipts  $7,500.00 | | | | |
| | 7 | | SIMPLY SOLUTIONS INC.  $5,000.00 100% OWNERSHIP BY DEBTOR | 1129-000 | | | |
| | 8 | | ERIE BRUSH COMPANY  $2,500.00 DEBTOR HAS 8% INTEREST IN BUSINESS | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.10 | $25,853.74 |

Page Subtotals:  $26,000.00    $146.26

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29153 | Trustee Name: GREGG SZILAGYI |
| Case Name: ROBERT D PECORA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2872 |
| | Checking |
| Taxpayer ID No: XX-XXX5078 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/21/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.43 | $25,815.31 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.14 | $25,778.17 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.32 | $25,739.85 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.27 | $25,701.58 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.74 | $25,665.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.16 | $25,627.68 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.87 | $25,590.81 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.04 | $25,552.77 |
| 07/28/16 | 101 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,350.00 | $22,202.77 |
| 07/28/16 | 102 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $969.00 | $21,233.77 |
| 07/28/16 | 103 | Department Of The Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Final distribution to claim 2 representing a payment of 60.63 % per court order. | 5800-000 | | $18,128.61 | $3,105.16 |

| | | | | Page Subtotals: | $0.00 | $22,748.58 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-29153
Case Name: ROBERT D PECORA
Taxpayer ID No: XX-XXX5078
For Period Ending: 09/21/2016

Trustee Name: GREGG SZILAGYI
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2872
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | 104 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final distribution to claim 6 representing a payment of 60.63 % per court order. | 5800-000 | | $3,105.16 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $26,000.00 | $26,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,000.00 | $26,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,000.00 | $26,000.00 |

Page Subtotals:    $0.00    $3,105.16

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2872 - Checking | $26,000.00 | $26,000.00 | $0.00 |
|  | $26,000.00 | $26,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,000.00 |
| Total Gross Receipts: | $26,000.00 |